09/25/2015

I, Clerk of the 1st COURT OF APPEALS, do hereby acknowledge receipt of the Appellate Records listed below from the District Clerk of Harris County, Texas.

| CAUSE NO. | Description | DEFENDANT'S NAME |
|---|---|---|
| 1399190 &<br>1399192 | SX-14 – 911 Call<br>SX-19 – DVD Surveillance Video<br>SX-42 –DVD Defendant's Statement | Jason Robinson |

Received on this the _____ day of _____ 2015.

_____, Deputy

NO. 1399190 and 1399192

| | |
|---|---|
| THE STATE OF TEXAS | IN THE DISTRICT COURT OF |
| vs. | HARRIS COUNTY, TEXAS |
| JASON ROBINSON | 351st JUDICIAL DISTRICT |

## ORDER – ORIGINAL EXHIBITS

The Rules of Appellate Procedure indicate that "[i]f the trial court determines that original exhibits should be inspected by the appellate court or sent to that court in lieu of copies, the trial court must make an order for the safekeeping, transportation, and return of those exhibits." *See* TEX. R. APP. P. 34.6(g)(2). The Court has determined that the Official Court Reporter of the 351st does not have the technical resources or expertise to safely copy audio or audio video recordings for inclusion in appellate records as exhibits.

To ensure the integrity of the appellate record and the preservation of the original audio or audio-video exhibits in the trial court's record, the Court **ORDERS** the Official Court Reporter, to the extent practicable, "arrange all the exhibits in their listed order and bind them firmly together." *See* TEX. R. APP. P. 34.6(g)(2).

The Court **ORDERS** the Harris County District Clerk to transport the following exhibits to the **1st** Court of Appeals for their inspection and safekeeping in the above case:

| | Exhibit # | Brief Description |
|---|---|---|
| 1) | SX-14 | 911 Call – CD-R |
| 2) | SX-19 | DVD of Surveillance Video |
| 3) | SX-42 | DVD of Defendant's Statement |

Once the Appellate Clerk issues mandate in this matter, the Court would ask the Appellate Clerk contact the Harris County District Clerk to effectuate the safe return of the above listed original exhibits listed above.

9/23/2015
Date signed

Judge 351 District Court

**FILED**
Chris Daniel
District Clerk

SEP 2 4 2015

Time:_____
Harris County, Texas
By_____
Deputy

SHERRY RADACK
  CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
  JUSTICES

CHRISTOPHER A. PRINE
  CLERK OF THE COURT

JANET WILLIAMS
  CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

October 2, 2015

Harris County District Clerk's Office -
Criminal
Harris County District Clerk - Criminal
1201 Franklin, Ste 3180
Houston, TX 77002
* DELIVERED VIA E-MAIL and HARRIS
COUNTY MESSENGER*

**RE:**    **Court of Appeals Number:** 01-15-00808-CR    **Trial Court Case Number:** 1399190

**Style:**    Jason Robinson v. The State of Texas

**Attn:**    Exhibit Clerk-Barbara Anderson

Pursuant to **(the trial court's/this Court's)** September 23, 2015 order, **State Exhibits 14, 19, and 42** were ordered filed for our review.

Pursuant to 1997 Supreme Court Order B.4, **State Exhibits 14, 19, and 42** are being returned to the District Clerk's Office.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Ora Patterson, Deputy Clerk

** PLEASE SIGN AND RETURN TO THE FIRST COURT OF APPEALS. **

Received by: _____  Date: _____

cc:    Alan Curry (DELIVERED VIA E-MAIL)
       Court Reporter 351st District Court (DELIVERED VIA E-MAIL)
       Jani Maselli Wood (DELIVERED VIA E-MAIL)
       Judge 351st District Court (DELIVERED VIA E-MAIL)